UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA DIVISION

THOMAS/ANN CUTLER,
  Plaintiffs

v.                                          CASE NO: 8:19 cv 2065 T 36 AAS

WELLS FARGO HOME MORTGAGE
  Defendants

## DEMAND FOR RELIEF

## MOTION TO CONFIRM ARBITRATION AWARD
## AGAINST WELLS FARGO FOR MORTGAGE FRAUD
## NOTICE AS A FOREIGN JUDGMENT

THIS CAUSE is before the Court on the following: The Plaintiff's Thomas and Ann Cutler's Motion to Confirm their Arbitration Award by converting it into a judgment. All relevant documents are enclosed for review.

**Enclosed Arbitration Award for the amount of 2,554.623.93. Two Million, Fifty Four Thousand, Six Hundred and Twenty Three Dollars and Ninety Three cents.**

**Copy of the Original Promissory Note and Mortgage Contract** was found to be Fraud (invalid), (enclosed). U.S. Bank was not the holder of the Note, the entity is unknown. Copy of our Promissory Note and Mortgage of Alleged Loan is enclosed along with Wells Fargo fabricated documents specifically the Allonge and the Assignment of Mortgage and according to the Max Gardner Guidelines 12 Fatal Flaws were found in creating this Mortgage Contract all listed in the enclosed: **The Securitization and Analysis and County Records Report.** This report resulted from a private company hired by the Cutler's to prove the validity of the Mortgage Contract enclosed completed March13, 2019, as suspected it was fraud which turned out to be so. This report details and is the proof that supports our claim. After this report was received the Cutler's hired an Arbitrator to put an end to this debate.

A new Arbitration Contract was submitted to all parties on this case on March 26, 2019, and notice was sent to the Hillsborough county court on Case #08-CA-022076 that an

Arbitration Contract had commenced.  (**Arbitration Contract enclosed).**  Notice was sent to the Court informing the Court as such.

U.S. Bank made no proof of any claim and defaulted after having been given 4 chances to do so, and was contacted to participate by the Arbitrator, Robert Presley.  Judge Sandra Taylor, Hillsborough County Court Ignored the Securitization and Analysis Report, proving this Mortgage Case was fraud, along with the Notice to the Court that the Arbitration Contract had commenced on March 26th, and an Arbitration Award was given, which was all recorded on Hover and before the Sale date of June 3rd, 2019. The Arbitrator closed the Case on May 20, 2019 of which was sent to the Court but was removed. Judge Taylor sold the Cutler's home anyway, on June 3rd, 2019, and now the defendants are homeless.  Relief is being sought so that the Plaintiff's can purchase a new home.

U.S. Bank claimed they never agreed to Arbitration and did not sign it, and submitted a **Motion of Opposition to vacate the Arbitration**.  However, it is the responsibility of the opposing party to provide full disclosure of proof of claim upon being requested according to full disclosure law.  They breached this Arbitration Contract and they defaulted to our request making no proof of claim of any type after being given 4 chances to respond.  They also enclosed a mortgage contract which was not complete purposely leaving out the promissory note because both Ann Cutler never signed it and their fabricated documents specifically the allonge and the Assignment of Mortgage and pages that they couldn't find, and renumbering the pages to look as though all the pages were enclosed.  The Cutler's filed a **Motion to Strike their opposition** and are asking for their opposition to vacate this arbitration to be denied.  (Both responses enclosed).

Respectfully Submitted

*Ann Cutler*

Ann Cutler
Pro Se Litigant
3098 Phoenix Ave.
Oldsmar, Fl  34677
813-551-9793
Biblelove55@gmail.com

Certificate of Service:


McGuire Woods, LLP
Jason R. Bowyer
jbowyer@mcguirewoods.com
50 N. Laura Street, Ste. 3300
Jacksonville, Florida  32202

2